UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DAVID STEBBINS                                                          PLAINTIFF

VS.                             CASE NO. _____

UNITED STATES                                                           DEFENDANT

### AFFIDAVIT OF RITA STEBBINS

Comes now, Rita Stebbins, who hereby submits the following affidavit. I do hereby swear that the things stated in this affidavit are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

1. I am the mother of plaintiff. Although he is an adult, I still fill the role of mentor to him. I give him advice from time to time, but he is free to disregard this advice anytime, and has done so on numerous occasions.

2. On October 1, 2012, I visited Plaintiff at his apartment. He asked me to watch him mail something again (again, because I had done this before). After saying this, he showed me a two-page document that was stapled together. The top-right corner of the first page of this document said "FORM APPROVED OMB NO. 1105-008, and the top left corner said in bold "CLAIM FOR DAMAGE, INJURY, OR DEATH." The second page of this document seemed to deal with insurance.

3. He then tri-folded the document spoken of in paragraph #2 and placed it in a pre-stamped enveloped that was addressed thusly:

> U.S. Court of Federal Claims
> 717 Madison Place, NW
> Washington, DC 20005

4. After sealing that envelope with the document inside, I escorted him to the Post Office and watched him drop the envelope – with the document spoken of in Paragraph #2 enclosed –

**FILED**

DEC 1 8 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Exh. B

12 2029

into a public mailbox. Per Plaintiff's request, I held onto the envelope until it was mailed and made sure that Plaintiff did not bait-and-switch the contents of it.

5. The reason he requested I do this is because he says that he does not trust the addressees to admit that they received it and draft an appropriate response. He therefore needed proof that he sent it, and my witness testimony is cheaper than getting a tracking number. Again, I have done this for him before, so I agreed to do it this time.

I, the undersigned, do hereby swear, under penalty of perjury, that the aforementioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____
Rita Stebbins
8527 Hopewell Rd.,
Harrison, AR 72601
870-743-4386

## ACKNOWLEDGMENT

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared ___Rita Stebbins___, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.
IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of_____,
_____.
NOTARY PUBLIC _____
My Commission Expires: _____

SEAL