UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED JAN 10 2013** Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

DAVID STEBBINS                                                  PLAINTIFF

VS.                                CASE NO. 12-2029

UNITED STATES                                            DEFENDANT

## MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for reconsideration of dismissal.

I have sent this Court this motion before, but the clerks "claim" that they never received it. Therefore, I am sending this again, this time with a tracking number.

This Court opted to dismiss the action because "The FTCA does not apply to the instant complaint arising out of the decisions of a federal court."

I have, indeed, found, via legal research, that the FTCA does not apply to functions that are exclusively governmental in nature. However, the Federal Tort Claims Act was not the only cause of action spoken of in the complaint. The first paragraph of the complaint states that it is a an FTCA/Bivens action. In other words, it is just as much a Bivens Action as it is an FTCA claim. Failure of the FTCA claim should still keep the Bivens Action alive.

Bivens actions not only can, but must, relate to actions that are exclusively governmental in nature, as it concerns constitutional violations. I have stated a valid claim upon which relief can be granted when I alleged that the CFC Clerks Office has violated my due process right to appeal. Since the law is clearly established, qualified immunity does not protect the Defendant; therefore, "consent" to suit is irrelevant.

Furthermore, this is not a "decision of a federal court." It is omission of a Court *Clerk*.


RECEIVED Mail Room
JAN 10 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

There is a *big* difference.

Even if I did not specifically state that it is a "Bivens action," the Court should have accepted as such, anyway, because I am *pro se*. See

I ask that the Court re-open the case and allow it to proceed.

If the Court is unwilling to do this, it should explain what I did wrong and allow me to fix the mistake in an amended complaint.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID STEBBINS                                               PLAINTIFF

VS.                                  CASE NO. 12-2029

UNITED STATES                                            DEFENDANT

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby re-submits[1] the following Notice of Appeal, pending disposition of my Motion for Reconsideration.

The District Court erred in dismissing the complaint for the reasons stated in the Motion for Reconsideration.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

---

1 I sent this before, but the Clerks "claim" that they did not receive it.