**FILED**
JAN 1 0 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DAVID STEBBINS                                              PLAINTIFF

VS.                                    CASE NO. 12-2029

UNITED STATES                                        DEFENDANT

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby re-submits[1] the following Notice of Appeal, pending disposition of my Motion for Reconsideration.

The District Court erred in dismissing the complaint for the reasons stated in the Motion for Reconsideration.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

**RECEIVED**
JAN 1 0 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

1 I sent this before, but the Clerks "claim" that they did not receive it.