```
                                                                    FILED
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA                         MAR 19 2013
                                                              Clerk, U.S. District & Bankruptcy
David Stebbins,                    )                          Courts for the District of Columbia
                                   )
         Plaintiff,                )
                                   )
    v.                             )     Civil Action No. 12-2029 (UNA)
                                   )
United States,                     )
                                   )
         Defendant.                )
```

ORDER

Plaintiff moves for reconsideration of the Order filed December 18, 2012, dismissing this action for lack of subject matter jurisdiction. Motions to reconsider final orders need not be granted "unless the district court finds that there is an intervening change of controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996).

Plaintiff states that his complaint dismissed under the Federal Tort Claims Act should have been treated also as brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). *See* Mot. for Reconsideration or, in the Alternative, for Leave to File Amended Complaint at 1-2. The Supreme Court in *Bivens* "recognized for the first time an implied private action for damages against federal officers [in their personal capacity] alleged to have violated a citizen's constitutional rights." *Correctional Servs. Corp. v. Malesko*, 534 U.S. 61, 66 (2001). The Supreme Court has "unanimously declined an invitation to extend *Bivens* to permit suit against a federal agency" and, hence, the United States. *Id*. at 69 (citation omitted). Plaintiff has stated no reason for vacating the dismissal order to permit consideration of a doomed *Bivens* claim. Accordingly, it is this 13th day of March 2013,

1

ORDERED that plaintiff's motion for reconsideration [Dkt. # 5] is DENIED. The Clerk is directed to transmit this order immediately to the appellate court.

_____
United States District Judge